UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 15-3738-R (PJW) | Date | March 12, 2018 |
|---|---|---|---|
| Title | *Teresa Roy v. The State of California, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:　　　　　Attorneys Present for Defendants:

　　　　　N/A　　　　　　　　　　　　　　　　　　　N/A

**Proceedings:**　　Order to Show Cause Why First Amended Complaint Should Not Be Dismissed

　　On December 26, 2017, Plaintiff Teresa Roy, proceeding *pro se* and in forma pauperis, filed a First Amended Complaint against the State of California, the County of Los Angeles, and the Social Security Administration, pursuant to 42 U.S.C. § 1983. (Doc. No. 27.) Plaintiff seeks to bring a number of different actions against a number of different defendants. The allegations are almost impossible to decipher. On January 18, 2018, the Court dismissed the First Amended Complaint with leave to file a Second Amended Complaint by February 28, 2018. The Court has not received a Second Amended Complaint or any other communication from Plaintiff.

　　Accordingly, by **April 6, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous order. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, she may complete and return the enclosed Notice of Dismissal form by **April 6, 2018.**

　　If Plaintiff files a Second Amended Complaint by **April 6, 2018**, this Order to Show Cause will be automatically discharged and Plaintiff will not need to file a separate response addressing it.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　00

　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　im

S:\PJW\Cases-Civil Rights\ROY 15-3738\MO OSC .wpd