JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ROY, | Case No. CV 15-03738-R (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: May 3, 2018

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment Roy v CA.wpd